IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 25-cv-03058-GPG-MDB

ESTATE OF ANTHONY LONG, by and through its personal representative NORMA LONG; and NORMA LONG,

     Plaintiffs,

v.

CORECIVIC INC.;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BENT;
VIRGIL ENSEY, individually; and
LARRY COX, individually; and
BECKY LEWIS, individually,

     Defendants.

---

**ORDER**

---

This matter comes before the Court on review of the docket.  The Court finds that the compliant fails to satisfy Federal Rule of Civil Procedure 8(a)(2) by providing "a short and plain statement of the claim showing that the pleader is entitled to relief."  The complaint is neither short nor plain and contains extensive information that appears immaterial.  Accordingly, it is ORDERED that the complaint (D. 1) is stricken pursuant to Rule 12(f)(1) and the plaintiff is ordered to file an amended complaint consisting of no more than fifty (50) total pages within twenty-one (21) days.  This amendment is without prejudice to the plaintiff's ability to later file one amended pleading as a matter of court pursuant to Rule 12(a)(1).

DATED September 30, 2025.

BY THE COURT:

Gordon P. Gallagher
United States District Judge