IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03058-GPG-MDB

ESTATE OF ANTHONY LONG, by and through its personal representative Norma Long; and
NORMA LONG,

       Plaintiffs,

v.

CORECIVIC et al.,

       Defendants.

---

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER

---

Plaintiffs and Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit this Joint Stipulated Motion for Protective Order, as follows:

1. Certain documents of Plaintiffs that may be requested and produced in this matter contain personal, confidential, and/or medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiffs' claims and requested damages, the medical, employment and tax records of Anthony Long will be requested in this matter and there are privacy interests in such information as to collateral persons.

2. Certain documents of the individual Defendants and Defendant CoreCivic that may be requested and produced in this matter, may contain certain policy, procedure and operations information as to which Defendants have proprietary, security, and other confidential interests. Certain documents of the Defendants that may be requested and produced in this matter contain

personal and confidential information protected under constitutional and statutory or under common law privacy interests.

3.　　Nothing contained in this Motion should be construed as an acknowledgment by the Plaintiffs or Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

4.　　The parties respectfully request the accompanying Stipulated Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, Plaintiff and Defendants respectfully request this Court enter the attached Protective Order as an attached Order of this Court.

Dated this 19th day of December, 2025.

Respectfully submitted,

s/Aurora L. Randolph
Aurora L. Randolph, Esq.
ALR CIVIL RIGHTS LLC
9878 W. Belleview Ave. Ste. 2129
Denver, CO 80123
Phone: (303) 968-1703
Email: aurora@alrcivilrights.com
*Attorney for Plaintiffs*

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
Phone: (303) 628-3300
Email: ringela@hallevans.com
*Attorney for Defendants CoreCivic, Inc.*
*Virgil Ensey, Larry Cox, and Becky Lewis*

2

s/ Eric M. Ziporin                    .
Eric M. Ziporin, Esq.
James T. Kadolph, Esq.
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
Phone: (303) 320-0509
Email:  eziporin@sgrllc.com; jkadolph@sgrllc.com

*Attorneys for Defendant Board of County
Commissioners of the County of Bent*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing **JOINT STIPULATED MOTION FOR PROTECTIVE ORDER** was filed with the Court and served via *Colorado Courts E-Filing* to the following:

Aurora L. Randolph, Esq.
aurora@alrcivilrights.com

Eric M. Ziporin, Esq.
eziporin@sgrllc.com

James T. Kadolph, Esq.
jkadolph@sgrllc.com


*s/ Erica Cameron*
Legal Assistant, Hall & Evans, LLC

4