IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:   25-cv-03058-GPG-MDB                Date:   April 29, 2026
Courtroom Deputy:   E. Lopez Vaughan                 FTR:   Courtroom 101

---

*Parties:*                                              *Counsel:*

Norma Long                                              Aurora Randolph

    Plaintiff,

v.

CoreCivic, Inc., et al                                  Shannon Hurley
                                                        James Kadolph
    Defendants.                         Evan Brennan

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**10:29 a.m.       Court in session.**

Court calls case.  Appearances of counsel.

The Court hears oral arguments on the *Motion to Quash Plaintiff's Subpoena to Produce Documents* filed by Interested Party Colorado Department of Corrections at ECF No. 32 (see also ECF No. 39). For reasons put forth on the record, it is

**ORDERED**:   The Motion is **DENIED** subject to the following restrictions concerning the information and documents that are the subject of the Motion to Quash ("Materials"): (1) Upon conclusion of this litigation, including appeals, Plaintiff shall have thirty (30) days to return or destroy the materials; and (2) in all other respects, the Materials shall be treated in the same way as confidential information is treated under the provisions of the Protective Order entered in tis case.

**10:41 a.m.       Court in recess.**

Hearing concluded.
Total in-court time    00:12

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.